IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA S. SEDJRO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC, MICHAEL MARTINS, AMY VACCARO, PHILLIP ROACH, and ELLEN TAYLOR,<br><br>　　　　　Defendants. | 8:24CV506<br><br>**MEMORANDUM AND ORDER** |

On December 30, 2024, Plaintiff Lindo S. Sedjro ("Plaintiff") filed an application to proceed in forma pauperis (the "Application"), Filing No. 2, concurrently with her complaint, Filing No. 1.  However, her Application does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis.  See 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor").  Specifically, while Plaintiff claims that her wages are $1000 and her take home wages are "$1000 or less," she does not indicate the pay period.  See Filing No. 1 at 1. Because Plaintiff does not indicate how frequently she is paid this Court cannot determine Plaintiff's total assets as required under the statute.

Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting an amended request to proceed in forma pauperis that complies with 28 U.S.C. § 1915.  Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit an amended request to proceed in forma pauperis which provides the requisite information regarding her pay frequency by **February 3, 2025**. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **February 3, 2025**: Check for MIFP or payment.

Dated this 2nd day of January, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court